UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:07-cr-0230-RCJ-PAL |
| | ) | |
| v. | ) | |
| | ) | |
| STEVEN THOMAS KALLAO, | ) | O R D E R |
| | ) | |
| Defendant. | ) | |

Before the Court for consideration is the Report of Findings and Recommendation of U.S. Magistrate Judge Peggy Leen, entered November 3, 2008. (#54). Judge Leen conducted a felony change of plea hearing in this matter on October 29, 2008, and recommends that Defendant Steven Thomas Kallao's guilty plea be accepted. No objections have been filed.

The Court has conducted a *de novo* review of the record in this case and determines that the Report of Findings and Recommendation of U.S. Magistrate Judge Peggy Leen (#54) should be accepted.

IT IS THEREFORE ORDERED that U.S. Magistrate Judge Peggy Leen's Report of Findings and Recommendation (#54) be affirmed and adopted, and the Defendant's guilty plea be accepted.

DATED: November 20, 2008

_____
ROBERT C. JONES
United States District Judge

(eko)