# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | 2:07-CR-230-RCJ-RJJ |
| v. ) | |
| STEVEN THOMAS KALLAO, ) | ORDER |
| Defendant. ) | |

Currently before the Court is a Motion (#72) regarding restitution payments filed by Defendant Steven Thomas Kallao ("Defendant"). Plaintiff United States of America (the "United States" or "Government") has filed a Response (#73) of non-opposition to the Motion.

On September 25, 2007, the Grand Jury returned an indictment charging Defendant with one count of violation of Title 18 U.S.C. Section 371, Conspiracy to Commit Bank Fraud. Defendant pled guilty on October 29, 2008, and was sentenced on February 9, 2009, to 51 months imprisonment in the Bureau of Prisons. $330,030.20 was ordered in restitution. While incarcerated at the Beckley Federal Correctional Institute, Defendant has been required to pay $50.00 per month toward his restitution.

In the current motion, Defendant requests that his restitution payments be stayed during the pendency of his incarceration. Defendant argues that while incarcerated he has no ability to earn money. Defendant states that he has accepted full responsibility for his crime and that he will start making restitution payments as soon as he is released from prison. In response, the Government states that it does not oppose the Defendant's motion.

///

///

1     The Court, having reviewed the Motion (#72) and good cause appearing GRANTS the motion. Defendant shall not be required to pay $50.00 per month toward his restitution while incarcerated in the Bureau of Prisons. Defendant's restitution payments shall begin immediately upon his release from the Bureau of Prisons.

IT IS SO ORDERED

DATED: February 25, 2011

_____
United States District Judge