UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

UNITED STATES OF AMERICA,  )  Case No. 2:07-cr-00230-RCJ-RJJ
            Plaintiff,  )
            vs.  )  ORDER
STEVEN THOMAS KALLAO,  )
            Defendant.  )

**ORDER**

Based on the motion of the United States, and for good cause appearing,

IT IS HEREBY ORDERED that the Judgment in the above-referenced matter is unsealed.

Dated this 2nd day of January, 2015.

_____
UNITED STATES MAGISTRATE JUDGE